**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-23129-LEIBOWITZ**

**DANTE AYALA,**

*Plaintiff*,

*v.*

**MIAMI-DADE COUNTY, *et al.*,**

*Defendants.*
_______________________________/

**ORDER**

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal of all claims with prejudice pursuant to FED. R. CIV. P. 41(a). [ECF No. 38]. Being fully advised, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED *with prejudice***. Each party shall bear its own attorneys' fees and costs. The ***Clerk of Court*** is DIRECTED to **CLOSE** this case. All pending deadlines are **TERMINATED**, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on October 26, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record